STATE v. PETTY

No. 156P99

Case below: 132 N.C.App. 453

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 24 June 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

STATE v. SINCLAIR

No. 220P99

Case below: 131 N.C.App. 703

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 June 1999.

STATE v. SUMMERS

No. 195PA99

Case below: 132 N.C.App. 636

Petition by Attorney General for writ of supersedeas allowed 24 June 1999. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 24 June 1999.

STATE v. WARD

No. 158A92-3

Case below: Pitt County Superior Court

Petition by defendant for writ of certiorari to review the decision of the Superior Court, Pitt County, allowed 9 June 1999 for the limited purpose of remanding this case to the Superior Court, Pitt County, for reconsideration of defendant's motion for discovery pursuant to G.S. 15A-1415(f), denied by the Superior Court on 29 September 1998, in light of this Court's decision in *State v. Green* (9 June 1999, No. 385A84-5).